UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO PABLO OLIVERA-JULIO,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents. | NO. C14-1312-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, with no objections or responses having been filed, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The Court GRANTS the respondents' motion to dismiss. Dkt. # 7.

3. The Court DENIES petitioner's habeas petition (Dkt. # 1), and VACATES the temporary stay of removal (Dkt. # 2).

4. This matter is DISMISSED with prejudice.

\\

\\

\\

ORDER OF DISMISSAL- 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 14th day of November 2014.

                                      RICARDO S. MARTINEZ  
                                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 2